## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                           CV No. 19-46 CG/SMV

NEW MEXICO ENVIRONMENT
DEPARTMENT, et al.,

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND

**THIS MATTER** is before the Court on Plaintiff United States of America's *Consent Motion by Doe for Extension of Time to Respond to Defendants' Motion to Dismiss*, (Doc. 8), filed February 28, 2019. The Court, having read the Motion, noting it is unopposed, and being otherwise fully informed, finds that the Motion is well-taken and there is good cause to extend the time Plaintiff may file a Response to Defendants' *Motion to Dismiss*, (Doc. 4).

    **IT IS THEREFORE ORDERED** that Plaintiff's Motion is **GRANTED** and it shall have until **March 14, 2019** to file a Response to Defendants' Motion.

    **IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE