IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

      v.                No. 2:19-cv-46-KG-SMV

NEW MEXICO ENVIRONMENT
DEPARTMENT, and JAMES KENNEY,
Secretary (in his official capacity)

      Defendants.

## ORDER

Upon consideration of the United States' Unopposed Motion for Leave to File a Surreply (Doc. 19), it is hereby ordered that the motion is granted. The Clerk is directed to enter in the docket the surreply attached to the United States' Motion.

                                                                                                                                                       */s/ Kenneth J. Gonzales*
                                                                UNITED STATES DISTRICT JUDGE