IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

     Plaintiff,

v.                               Case No. 19-CV-46 KG/SMV

NEW MEXICO ENVIRONMENT
DEPARTMENT, and JAMES KENNEY,
Secretary (in his official capacity),

     Defendants.

<u>JUDGMENT</u>

     Pursuant to Federal Rule of Civil Procedure 58 and the Memorandum Opinion and Order

(Doc. 70) filed August 18, 2022, the above-captioned case is hereby dismissed without prejudice.

     IT IS SO ORDERED.

                                    UNITED STATES DISTRICT JUDGE

1